314

People of the State of Illinois, Appellant, v. Nick Anton, Appellee.

Gen. No. 40,535.

original opinion filed February 14, 1939; rehearing opinion filed January 21, 1941. Thomas J. Courtney, State's Attorney, for appellant; Edward E. Wilson, John T. Gallagher, Melvin S. Rembe, Blair L. Varnes and Amos P. Scruggs, Assistant State's Attorneys, of counsel; Charles W. Schaub, for appellee; Deneen & Massena, *amicus curiae*. Opinion by Presiding Justice Friend. "Not to be published in full."

Richard P. Hunger and William Castee, Appellees, v. Frank Alan Johnson and Ester R. Johnson, Appellants.

Gen. No. 9,523.

opinion filed June 28, 1940; rehearing denied February 4, 1941. Philip J. McKenna, for appellants; Hall & Hulse, for appellees; Harry A. Hall, Marshall Meyer and John Bedrosian, of counsel. Opinion by Justice Huffman. "Not to be published in full."